UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., <br> Plaintiff(s), <br> v. <br> CHIAN CHIU LI, <br> Defendant(s). | Case No. 4:22-cv-02956-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, B. Trent Webb, an active member in good standing of the bar of Missouri, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Apple Inc. in the above-entitled action. My local co-counsel in this case is Jason M. Richardson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 250916.

| | |
|---|---|
| 2555 Grand Boulevard <br> Kansas City, MO 64108 <br> MY ADDRESS OF RECORD | 555 Mission Street, Ste., 2300 <br> San Francisco, CA 94105 <br> LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (816) 474-6550 <br> MY TELEPHONE # OF RECORD | (415) 544-1900 <br> LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| bwebb@shb.com <br> MY EMAIL ADDRESS OF RECORD | jmrichardson@shb.com <br> LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 40778.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 01 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 06/14/2022                                                     B. Trent Webb
                                                                                      APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of B. Trent Webb is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:          6/23/2022

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 10/2/1992,

## Basil Trent Webb

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 30th day of March, 2022.

*Betsy AuBuchon*

Clerk of the Supreme Court of Missouri