1  Shook, Hardy & Bacon L.L.P.
   Jason M. Richardson
2  jmrichardson@shb.com
   555 Mission Street, Suite 2300
3  San Francisco, CA 94105
   Tel: (415) 544-1900
4  Fax: (415) 391-0281

5
   B. Trent Webb (admitted *pro hac vice*)
6  bwebb@shb.com
   Ryan J. Schletzbaum (admitted *pro hac vice*)
7  rschletzbaum@shb.com
   2555 Grand Boulevard
8  Kansas City, MO 64108
   Tel: (816) 474-6550
9  Fax: (816) 421-5547

10
   ***Attorneys for Apple Inc.***
11
                    **UNITED STATES DISTRICT COURT**
12
                    **NORTHERN DISTRICT OF CALIFORNIA**
13
                              **SAN FRANCISCO**
14

| **APPLE INC.**, | CASE NO. 3:22-cv-02956-TLT |
|---|---|
| *Plaintiff*, | ~~**[PROPOSED]**~~ **ORDER GRANTING NOTICE OF WITHDRAWAL AS COUNSEL** |
| v. | |
| **CHIAN CHIU LI**, | Hon. Trina L. Thompson |
| *Defendant*. | |

Before the Court is Plaintiff, Apple Inc.'s notice that Mark D. Schafer withdraws as counsel of record for Apple in this action. Having considered the Notice, the Court is of the opinion that the Notice should be granted.

It is therefore ORDERED that Mark D. Schafer is withdrawn as counsel for Apple Inc. in this matter, and that Mark D. Schafer be removed from the list of counsel receiving ECF and other notifications in this matter.

**IT IS SO ORDERED.**

1   Dated: May 31, 2024_____, 2024
2                                                                    _____
                                                                     Hon. Trina L. Thompson
3                                                                    UNITED STATES DISTRICT JUDGE